# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| iMTX STRATEGIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Vimeo, LLC, <br><br> Defendant. | Case No. 4:15-cv-0592 <br><br> JOINT STIPULATION TO EXTEND DEADLINES |
| iMTX STRATEGIC, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Spotify USA Inc., <br><br> Defendant. | Case No. 4:15-cv-0593 |

| | |
|---|---|
| iMTX STRATEGIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Home Box Office, Inc.,<br><br>Defendant. | Case No. 4:15-cv-0595 |
| iMTX STRATEGIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Hulu, LLC<br><br>Defendant. | Case No. 4:15-cv-0596 |
| iMTX STRATEGIC, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Netflix, Inc.,<br><br>Defendant. | Case No. 4:15-cv-0597 |

| | |
|---|---|
| iMTX STRATEGIC, LLC, Plaintiff, v. Verizon Communications Inc., Defendant. | Case No. 4:15-cv-0598 |
| iMTX STRATEGIC, LLC, Plaintiff, v. Vudu Inc., Defendant. | Case No. 4:15-cv-0599 |
| iMTX STRATEGIC, LLC, Plaintiff, v. Rhapsody Defendant. | Case No. 4:15-cv-0594 |

The parties to the above-entitled action submit this JOINT STIPULATION TO EXTEND DEADLINES by three weeks for the Case Management Statement, the Case Management Conference and the initial disclosures.

Page **3** of **8**

WHEREAS, the above-captioned cases involve claims of infringement of U.S. Patent No. 7,269,854 (the "'854 patent") brought by Plaintiff iMTX Strategic, LLC;

WHEREAS, the Court issued an "Order Setting Case Management Conference and Requiring Joint Case Management Statement" on February 27, 2015 (Dkt. No. 38 in case 4:15-cv-592) and a similar order was filed in the related cases with the same information and dates set forth below;

WHEREAS, the Court set the Case Management Conference for May 22, 2015, at 11:00 a.m. local time and set the deadline for filing the Case Management Statement five (5) court days prior to the conference;

WHEREAS, a third party has filed a petition in the USPTO for *inter partes* review of the '854 patent;

WHEREAS, the parties need additional time to discuss the impact of that petition on the schedule and issues in these cases;

WHEREAS, counsel for the parties are all available to appear at a case management conference on June 12, 2015; and

WHEREAS, the parties seek this extension of time in good faith and not for purposes of delay.

WHEREFORE, the parties stipulate to, and respectfully request the Court order the dates be reset as set forth in the table below.

| Deadline | Current Date | New Deadline |
| --- | --- | --- |
| Initial Disclosures | May 15, 2015 | June 5, 2015 |
| Case Management Statement due | May 15, 2015 | June 5, 2015 |

| Case Management Conference | May 22, 2015 | June 12, 2015 |

Dated: May 15, 2015

Respectfully submitted,

/s/ Maureen V. Abbey

Steven W. Ritcheson, *Pro Hac Vice*
Email: swritcheson@hgdlawfirm.com
9800 D Topanga Canyon Boulevard, #347
Chatsworth, California 91311
Telephone: (818) 882-1030, (205) 327-9121
Facsimile: (205) 326-3332

Joseph J. Gleason, *Pro Hac Vice*
Email: jgleason@hgdlawfirm.com
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0862,
Facsimile: (205) 547-5506,

Maureen V. Abbey, *Pro Hac Vice*
Email: Maureen@hgdlawfirm.com
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: (908) 379-8476
Facsimile: (908) 301-9008

**Counsel for Plaintiff iMTX Strategic, LLC**

/s/ Stefani E. Shanberg
Stefani E. Shanberg, SBN 206717
Jennifer J. Schmidt, SBN 295597

Michael J. Guo, SBN 284917
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000

**Counsel for Defendants Vimeo, LLC, Netflix, Inc., Hulu, LLC, and Spotify USA Inc.**

/s/ Steven Lieberman
Steven Lieberman (*pro hac vice*)
Brian S. Rosenbloom (*pro hac vice*)
Derek F. Dahlgren (*pro hac vice*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
Facsimile: (202) 783-6031
slieberman@rfem.com
brosenbloom@rfem.com
ddahlgren@rfem.com

James M. Hanlon, Jr., Bar No. 214096
GLYNN & FINLEY, LLP
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
jhanlon@glynnfinley.com

**Counsel for Defendant Home Box Office, Inc.**

/s/ Christopher Schenck

Christopher Schenck (*pro hac vice*)
cschenck@kilpatricktownsend.com
Stephanie M. Martinez (*pro hac vice*)
smartinez@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
Suite 4400, 1420 Fifth Avenue
Seattle, WA  98101
Tel:   (206) 467-9600
Fax:   (206) 623-6793

James G. Gilliland, Jr.
(State Bar No. 107988)
jgilliland@kilpatricktownsend.com
Mehrnaz Boroumand Smith
(State Bar No. 197271)
mboroumand@kilpatricktownsend.com
**KILPATRICK TOWNSEND & STOCKTON LLP**
Eighth Floor, Two Embarcadero Center
San Francisco, CA  94111
Tel:   (415) 576-0200
Fax:   (415) 576-0300

**Counsel for Defendant and Counter-Plaintiff Rhapsody International, Inc.**

/s/ J.C. Rozendaal

J.C. Rozendaal (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
W. Joss Nichols (SBN: 244524)
KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Fax:  (202) 326-7999

Robert P. Watkins III (SBN: 298571)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Telephone:  (650) 453-5410

Page **7** of **8**

rwatkins@kasowitz.com

**Counsel for Defendant Verizon Communications Inc.**

/s/ Bijal V. Vakil
Bijal V. Vakil
CA State Bar No.: 192878
Shamita D. Etienne-Cummings
CA State Bar No.: 202090
**White & Case LLP**
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

**Counsel for Defendant Vudu, Inc.**

The above JOINT STIPULATION TO EXTEND DEADLINES is approved. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: May 20, 2015

_____
UNITED STATES
DISTRICT/MAGISTRATE JUDGE