IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMTX STRATEGIC LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIMEO LLC,<br>SPOTIFY USA INC.,<br>RHAPSODY, INC.<br>HOME BOX OFFICE, INC.<br>HULU, INC.<br>NETFLIX, INC.<br>VERIZON COMMUNICATIONS, INC., AND<br>VUDU INC.,<br><br>　　　　Defendants.<br>_____/ | No. C 15-00592 JSW<br>No. C 15-00593 JSW<br>No. C 15-00594 JSW<br>No. C 15-00595 JSW<br>No. C 15-00596 JSW<br>No. C 15-00597 JSW<br>No. C 15-00598 JSW<br>No. C 15-00599 JSW<br><br>**ORDER REQUIRING<br>CHAMBERS COPIES OF<br>COMPLAINTS** |

These eight matters have been assigned to the undersigned Judge. It is HEREBY ORDERED that the parties shall submit chambers copies of all complaints and answers that have been filed in each action. The Court does not require chambers copies of any other documents previously filed in the case. The parties shall submit the chambers copies to the Court by no later than June 5, 2015.

**IT IS SO ORDERED.**

Dated: May 21, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE