**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMTX STRATEGIC LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VIMEO LLC,<br>SPOTIFY USA INC.,<br>RHAPSODY, INC.<br>HOME BOX OFFICE, INC.<br>HULU, INC.<br>NETFLIX, INC.<br>VERIZON COMMUNICATIONS, INC., AND<br>VUDU INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 15-00592 JSW<br>No. C 15-00593 JSW<br>No. C 15-00594 JSW<br>No. C 15-00595 JSW<br>No. C 15-00596 JSW<br>No. C 15-00597 JSW<br>No. C 15-00598 JSW<br>No. C 15-00599 JSW<br><br>**ORDER REGARDING ISSUE OF STAY** |

　　　　The Court has received the parties' joint case management statement. In that statement, the parties raise a dispute regarding the issue of a potential stay of this case, and they state that they "anticipate discussing these issues with the Court at the conference on June 12." (Joint Case Management Statement at 6:9-10.) The Court, in general, does not discuss substantive legal issues that are more properly addressed by way of motion practice at case management conferences. Therefore, if there is a dispute over whether all or some of these matters should be stayed, the Court will address that issue by way of a properly noticed motion or motions.

//

//

//

The parties shall be prepared to discuss a potential hearing date and briefing schedule for such a motion or such motions.

**IT IS SO ORDERED.**

Dated: June 8, 2015



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2