# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| iMTX STRATEGIC, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Vimeo, LLC,<br><br>　　　　　Defendant. | Case No.  4:15-cv-0592<br><br>[PROPOSED] ORDER CONTINUING THE MOTION HEARING<br><br>Related Case nos.<br>4:15-cv-0593<br>4:15-cv-0594<br>4:15-cv-0595<br>4:15-cv-0596<br>4:15-cv-0597<br>4:15-cv-0598<br>4:15-cv-0599 |

**[PROPOSED] ORDER**

Before the Court is the Stipulation from Plaintiff iMTX Strategic, LLC, Vimeo, LLC, Spotify USA Inc., Home Box Office, Inc., Hulu, LLC, Netflix, Inc., Verizon Services Corp., Verizon Online LLC and Vudu Inc.  Having considered the stipulation, and finding that good cause exists and the relief sought is justified, it is hereby ORDERED that motion hearing on Defendants' Motion to Stay is continued to July 31, 2015 at 9:00 a.m.

If the Court finds the motion suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __June 29, 2015__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Jeffrey White
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge