IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMTX STRATEGIC LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>VIMEO LLC,<br>SPOTIFY USA INC.,<br>RHAPSODY INTERNATIONAL, INC.<br>HOME BOX OFFICE, INC.<br>HULU, INC.<br>NETFLIX, INC.<br>VERIZON SERVICES CORP. and VERIZON ONLINE, LLC, AND<br>VUDU INC.,<br><br>           Defendants.<br>_____/ | No. C 15-00592 JSW<br>No. C 15-00593 JSW<br>No. C 15-00594 JSW<br>No. C 15-00595 JSW<br>No. C 15-00596 JSW<br>No. C 15-00597 JSW<br>No. C 15-00598 JSW<br>No. C 15-00599 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORTS** |

The Court has stayed each of these actions, pending resolution of a Covered Business Method Patent review. It is HEREBY ORDERED that the parties will submit a joint status report to the Court every 120 days, setting forth the status of the CBM review and when they expect that the stay may be lifted. The parties' first joint status report shall be due on November 16, 2015.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE